No. 80–6. INTERNATIONAL LONGSHOREMEN'S ASSN., LOCAL 1402 *v.* MARSHALL, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 80–8. EVANS *v.* MATNEY. C. A. 10th Cir. Certiorari denied.

No. 80–9. ERATH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–10. BUTLER *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–16. LAKESIDE POULTRY RANCH, INC., ET AL. *v.* WALLACE, DIRECTOR, DEPARTMENT OF FOOD AND AGRICULTURE OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–18. UNIVERSAL WASTE CONTROL ET AL. *v.* WESTERN WASTE SERVICE SYSTEMS. C. A. 9th Cir. Certiorari denied.

No. 80–19. LEWIS ET AL. *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–22. ORGANIZZAZOINE NAVOBI ITALIANA (URUGUAY), S. A., ET AL. *v.* TRANS INTERNATIONAL AIRLINES. C. A. 7th Cir. Certiorari denied.

No. 80–23. SEELIG ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–24. CONTINENTAL TRAINING SERVICES, INC., ET AL. *v.* VENZARA. C. A. 5th Cir. Certiorari denied.

No. 80–27. DEVOTO ET AL. *v.* PACIFIC FIDELITY LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–30. STALLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.